IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| CITY OF CAMBRIDGE RETIREMENT SYSTEM, et al. | : | CIVIL ACTION |
| v. | : | |
| ALTISOURCE ASSET MANAGEMENT CORPORATION, et al. | : | NO. 15-04 |

ORDER

AND NOW, this 6th day of April, 2017, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of defendants Altisource Asset Management Corporation, William C. Erbey, Kenneth D. Najour, Ashish Pandey, and Robin N. Lowe to dismiss the consolidated complaint (Doc. # 51) is GRANTED and the action is DISMISSED for failure to state a claim upon which relief can be granted under Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4, et seq.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III          J.
SITTING BY DESIGNATION