IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| CITY OF CAMBRIDGE RETIREMENT SYSTEM, on behalf of itself and all other similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>ALTISOURCE ASSET MANAGEMENT CORPORATION, WILLIAM C. ERBEY, KENNETH D. NAJOUR, ASHISH PANDEY, and ROBIN N. LOWE,<br><br>Defendants. | Case No. 1:15-cv-00004 |

## NOTICE OF APPEAL

NOTICE IS GIVEN that Lead Plaintiff Denver Employee Retirement Plan hereby appeals to the United States Court of Appeals for the Third Circuit from: (1) the Memorandum and Order Granting Defendants' Motion to Dismiss (Doc. No. 74), filed and entered on April 6, 2017; (2) the Order Granting Defendants' Motion to Dismiss (Doc. No. 75), filed and entered on April 6, 2017; and (3) the Memorandum and Order Denying With Prejudice Motion of Lead Plaintiff Denver Employee Retirement Plan for Leave to File First Amended Consolidated Complaint (Doc. No. 84), filed and entered on July 5, 2017.

DATED:  July 7, 2017                    COLIANNI & COLIANNI

By: */s/ Vincent Colianni*
Vincent Colianni II (VI Bar No. 768)
1138 King Street
Christiansted, St. Croix
U.S.V.I. 00820
Telephone:  (340) 719-1766
Facsimile:  (340) 719-1770
Email:  vinny@colianni.com

*Liaison Counsel*

HAGENS BERMAN SOBOL SHAPIRO LLP

By:    */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Karl P. Barth (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Email:  steve@hbsslaw.com
           karlb@hbsslaw.com

Reed R. Kathrein
Peter E. Borkon
Nick. S. Singer
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
Email:  reed@hbsslaw.com
           peterb@hbsslaw.com
           nsinger@hbsslaw.com

*Lead Counsel for DERP and the Class*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 7th day of July, 2017, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

A. Jeffrey Weiss, Esq.
A.J. Weiss & Associates
6934 Vessup Lane
St. Thomas, VI  00802-1001
Email: jeffweiss@weisslaw-vi.net

Pamela L. Colon, Esq.
Law Offices of Pamela L. Colon
27 & 28 King Cross Street, First Floor
Christiansted, VI  00820
Email: pamelalcolon@msn.com

Kevin A. Rames, Esq.
Law Offices of Kevin A. Rames, P.C.
2111 Company Street, First floor
Christiansted, VI  00820
Email: kevin.rames@rameslaw.com

Vincent Colianni II, Esq.
Colianni & Colianni
1138 King Street
Christiansted, VI  00820
Email: vinny@colianni.com

Chad C. Messier, Esq.
Dudley Topper & Feuerzeig
1000 Frederiksberg Gade
St. Thomas, VI 00804
Email: cmessier@dtflaw.com

Walter C. Carlson, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: wcarlson@sidley.com

Darrell S. Cafasso, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Email: cafassod@sullcrom.com

             */s/ Steve W. Berman*
             STEVE W. BERMAN

- 3 -